02-12-152-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00152-CV

 

 


 
 
 In re Charlie Doescher, Pat Doescher, Apache Iron
 Metal & Auto Salvage, Inc., Apache Iron Metal & Auto Salvage, Inc.
 d/b/a Apache Truck & Van Parts, Gerald Coyel aka "Jerry Coyel"
 d/b/a Apache Truck & Van Parts, JAMES COYEL D/B/A APACHE TRUCK & VAN
 PARTS, AND SHANNON COYEL
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and motion for
emergency stay and is of the opinion that relief should be denied. 
Accordingly, relators’ petition for writ of mandamus and motion for emergency stay
are denied.

 

PER CURIAM

 

PANEL: 
LIVINGSTON, C.J.; GARDNER and MEIER, JJ.

 

DELIVERED: 
April 17, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).